# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0760

VERSUS

LARAJHE PAM                                          **SEPTEMBER 26, 2022**

---

In Re:    Larajhe Pam, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          543,481.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

   **WRIT DENIED.**

                              MRT
                              WRC
                              CHH

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
         FOR THE COURT